UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22684-CIV-MORENO

ROBERT SCHULTZE,

    Plaintiff,

vs.

2K CLEVELANDER, LLC,

    Defendant.
_____/

**PLAINTIFF, ROBERT SCHULTZE'S, STATEMENT OF CLAIM**

Plaintiff, Robert Schultze, per the Court's "Notice of Court Pratice in FLSA Cases" Order of September 29th, 2017, by and through undersigned counsel, respectfully provides his Statement of Claim [1] and states:

1.     **Concise Damages Chart:** please see Chart on Page 3.

2.     **Explanation of Damages Chart:** Mr. Schultze worked primarily as a 'barback'. He is owed for unpaid overtime (and potentially minimum wages). His 'Regular Rate' was approx. no less than $20 per hour and 'Overtime Rate' was approx. no less than $30 per hour (this is before taking into account unrecorded cash tips in calculation of overtime rate). Mr. Schultze was also not compensated due to unrecorded time for as much as an average of 2.5 hours of unrecorded time per day and a minimum of an average of .5 hours of unrecorded time per day.

3.     **Explanation of Lower Calculation:** Conservatively, Mr. Schultze is owed no less than $1,280 over this approximately 8-week period between Mid July, 2014 and his last day

---

[1] This concise Statement of Claim is respectfully provided to assist the Court and for settlement conference and settlement purposes. It does not Amend or limit Plaintiff's Complaint.

of work (approximately Mid-September 2014). This is for a conservative estimate of 80 hours underpaid by $10/hour ($800) in addition to 16 hours of unpaid overtime at $30/hour ($480). Mr. Schultze may also potentially recover liquidated damages (doubling) and/or prejudgment interest in addition to attorneys' fees and costs.

4. **Explanation of Upper Calculation:** If discovery confirms a more liberal approximation of damages, Mr. Schultze is owed no less than $4,800 over this approximately 8-week period between Mid July, 2014 and his last day of work (approximately Mid-September 2014). This is for an estimate of 120 hours underpaid by $10/hour ($1,200) in addition to 120 hours of unpaid overtime at $30/hour ($3,600). Mr. Schultze may also potentially recover liquidated damages (doubling) and/or prejudgment interest in addition to attorneys' fees and costs.

5. **Attorney's Fees and Costs:** To date, Paul A. Sack, P.A.'s billable attorneys' fees and costs are as follows:  Total costs and fees: **$9,940 Attorneys' Fees and Costs.** Paul A. Sack, Esq., $5,100 [8.5 hours at $600/hour]; R. Brandon Deegan, Esq., $4,400 [16 hours at $275/hour]); $400 Complaint; $40 Service of Summons.

6. Additional details as to Plaintiff's exact days worked, time worked, regular rate, overtime rate, damages, and other figures are being discovered.  An alternative calculation may be possible under a 'commission' calculation if the 'commission' approach is permissible; this calculation is unknown at this time.  Damages prior to July 2014 require discovery of additional information.

| **Plaintiff, Robert Schultze's, Concise Statement of Claim Chart** | | *Regular Rate is Approximately $20 Per Hour while Overtime Rate is Approximately $30 per hour; the Difference is $10 per hour* | |
|---|---|---|---|
| **Higher Damages Approximation** | **Weeks Between Mid-July 2014 and approx. Mid-Sept 2014:** | | |
| Recorded Hours: | 15 OT hours per week x 8 weeks = 120 hours Recorded OT Hours | 120 * $10/hour = $1,200 Owed for Recorded Hours Over 40 | |
| Unrecorded Hours: | 2.5 OT hours per day x 8 weeks x 6 days = 120 hours Unrecorded OT Hours | 120 * $30/hour OT Rate = $3,600 Unpaid Unrecorded OT | |
| | | **Unpaid Overtime Wages: $4,800** | $9,600 with Potential Liquidated Damages (Doubling) and/or Prejudgment Interest |
| **Lower Damages Approximation** | **Weeks Between Mid-July 2014 and approx. Mid-Sept 2014:** | | |
| Recorded Hours: | 10 OT hours x 8 weeks = 80 hours Recorded OT Hours | 80 * $10/hour = $800 Owed for Recorded Hours Over 40 | |
| Unrecorded Hours | .5 OT hours per day x 8 weeks x 4 days = 16 hours Unrecorded OT Hours | 16 * $30/hour = $480 Unpaid Unrecorded OT | |
| | | **Unpaid Overtime Wages: $1,280** | $2,560 with Potential Liquidated Damages (Doubling) and/or Prejudgment Interest |

| **Attorneys' Fees and Costs to Date:** | |
|---|---|
| Paul A. Sack, Esq.: | $5,100 [8.5 hours at $600/hour] |
| R. Brandon Deegan, Esq.: | $4,400 [16 hours at $275/hour] |
| Costs: | $440 [$400 Complaint and $40 Service of Summons] |
| **Total:** | **Total Attorneys' Fees and Costs to Date: $9,940** |

Other Damages
(1) Damages Prior to July 2014 Unknown at this time
(2) Overtime Rate Based on Unrecorded Cash Tips Unknown at this time
(3) Alternative Calculation Based on Unpaid 'Commissions' Possible (if Commission is Permissible); calculation of such damages is unknown at this time

This chart does not limit or amend Plaintiff's Complaint. Details as to Plaintiff's exact days worked, time worked, regular rate, overtime rate, damages, and other figures are being discovered.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been filed with CM/ECF and thereby served by electronic mail to all persons on the attached service list on October 23, 2017.

Respectfully submitted,

**LAW OFFICES OF PAUL A. SACK, P.A.**
1130 Washington Avenue, Suite 3
Miami Beach, Florida 33139
Telephone: 305-397-8077
Facsimile: 305-763-8057

By:  /s/ PAUL A. SACK, ESQ.
FBN: 363103
Primary: paul@paulsacklaw.com
ps1619@bellsouth.net
R. BRANDON DEEGAN, ESQ.
FBN: 117368
Primary: deegan@paulsacklaw.com

## SERVICE LIST

JOHN CODY GERMAN, ESQ.
Fla. Bar No. 58654
Cole, Scott & Kissane, P.A.
Attorney for Defendant
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone: (786) 268-6441
Facsimile: (305) 373-2294
Primary: cody.german@csklegal.com
yvonne.orosa@csklegal.com

PAUL A. SACK, ESQ.
Fla. Bar No. 363103
Paul A. Sack, P.A.
Attorney for Plaintiff
1130 Washington Avenue, Suite 3
Miami Beach, Florida 33139
Telephone: (305) 397-8077
Facsimile: (305) 763-8057
Primary: paul@paulsacklaw.com
ps1619@bellsouth.net

REBECCA R. ANGUIANO, ESQ.
Fla. Bar No. 99690
Cole, Scott & Kissane, P.A.
Attorney for Defendant
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015, Miami, Florida 33256
Telephone: (786) 268-6441
Facsimile: (305) 373-2294
Primary: rebecca.anguiano@csklegal.com
tania.gomez@csklegal.com

R. BRANDON DEEGAN, ESQ.
Fla. Bar No. 117368
Paul A. Sack, P.A.
Attorney for Plaintiff
1130 Washington Avenue, Suite 3
Miami Beach, Florida 33139
Telephone: (305) 397-8077
Facsimile: (305) 763-8057
Primary: deegan@paulsacklaw.com