UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-22684-FAM

ROBERT SCHULTZE,

    Plaintiff,

v.

2K CLEVELANDER, LLC,

    Defendant

_____/

**DEFENDANT'S NOTICE OF PENDING RELATED, AND SIMILAR ACTIONS PURSUANT TO LOCAL RULE 3.8 AND INTERNAL OPERATING PROCEDURE 2.15.00 AND MOTION TO TRANSFER AND CONSOLIDATE**

COMES NOW Defendant, 2K CLEVELANDER, LLC, pursuant to Local Rule 3.8 and Internal Operating Procedure 2.15.00, and hereby gives Notice to the Court that there are additional pending cases that involve the same or similar issues as the instant matter, and request that all pending lawsuits be transferred to Judge Federico A. Moreno and consolidated for discovery purposes, and in support thereof the Defendant states the following:

1. Currently there are five pending lawsuits involving the exact same issues against Defendant 2k Clevelander, LLC. The five related lawsuits are as follows (in order of filing date):

    a. *Robert Schultze v. 2K Clevelander, LLC*, 17-22684-CIV-MORENO;

        i. Case filed on July 18, 2017.

        ii. Trial set for 2-week period commencing May 14, 2018.

        iii. Deadline to complete all discovery including depositions: January 17, 2018.

- b. *Samantha Espinosa v. 2K Clevelander*, LLC, 17-cv-22783-JLK;

    i. Case filed on July 25, 2017.

    ii. Trial set for 2-week period commencing December 10, 2018.

    iii. Deadline to complete all discovery including depositions: August 8, 2018.

- c. *Sara Geda v. 2K Clevelander, LLC*, case no. 17-cv-23924-DPG;

    i. Case filed on October 25, 2017.

    ii. No official Court Order has been entered regarding scheduling.

- d. *Mario Alban v. 2K Clevelander, LLC*, case no. 17-23923-CIV-MORENO;

    i. Case filed on October 25, 2017.

    ii. Trial set for 2-week period commencing July 9, 2018.

    iii. Deadline to complete all discovery including depositions: March 9, 2018.

- e. *Juan Llorente v. 2K Clevelander, LLC*, case no. 1:17-cv-23922-SCOLA/TORRES.

    i. Case filed on October 25, 2017.

    ii. Trial set for 2-week period commencing August 20, 2018.

    iii. Deadline to complete all discovery including depositions: March 21, 2018.

2. Each of the aforementioned lawsuits involve issues relating to alleged unpaid wages and unpaid overtime under the FLSA for the time periods of 2014 through 2017. In fact, the allegations in each of the aforementioned Complaints are substantially similar and include significant overlap.

3. In each of the five lawsuits, the Defendant has asserted that each of the Plaintiffs are exempt from overtime pursuant to the Retail Sales Exemption under 29 §USC 207(i), and that the Plaintiffs were otherwise paid properly and owed no additional compensation.

4. Pursuant to Local Rule 3.8 and Internal Operating Procedure 2.15.00, the Defendant hereby gives Notice to this Court that in total there are five lawsuits that have been asserted against the same Defendant and which involve the same issues to be litigated. Additionally, all of the lawsuits involve the same attorneys.

5. The Defendant requests that the five lawsuits all be transferred to the Judge assigned to the lower-numbered action (Federico A. Moreno), so that all five cases are before the same Judge in order to avoid the unnecessary duplication of judicial labor of having different judges determine the same issue(s).

6. Moreover, the Defendant seeks to have all lawsuits consolidated for purposes of discovery.

**ARGUMENT**

Internal Operating Procedure 2.15.00[1] states the following:

> Whenever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge, the Judges involved shall determine whether the higher-numbered action or proceeding shall be transferred to the Judge assigned to the lower-numbered action.

---

[1] Moreover, Local Rule 3.8 (*Notice of Transfer of Refiled and Similar Actions and Procedures*) provides that "[i]t shall be the continuing duty of the attorneys of record in every action or proceeding to bring promptly to the attention of the court and opposing counsel the existence of other actions or proceedings as described in Section 2.15.00 of the Court's Internal Operating Procedures…."

Transfer of all pending matters set forth above is appropriate as all matters assert substantially similar claims as those set forth in the original matter filed and assigned to Judge Federico A. Moreno (*Robert Schultze v. 2K Clevelander, LLC*, 17-22684-CIV-MORENO).  Moreover, Judge Moreno is currently assigned to two of the five pending lawsuits and therefore is overseeing 40% of the cases.  As noted above, all five of the pending lawsuits involve issues regarding overtime under the FLSA and the application of the Retail Sales Exemption under the FLSA, as well as issues regarding, *inter alia*, alleged improper record keeping, and time keeping errors, which, again, would apply to all cases.  As these issues are common to all of the lawsuits, and include rulings that would apply to all cases, there is sufficient justification to warrant their transfer.  Moreover, assigning all of the cases to the same Judge for pretrial proceedings will promote efficient management of this litigation and ensure judicial economy.

As the cases involve voluminous discovery that overlap with one another, it would be inefficient and burdensome for the parties to be working on differing scheduling timelines and conflicting scheduling orders.  Additionally, there is the risk of having conflicting determinations on discovery issues that likely may arise.  In fact, at present, the Plaintiff in the *Schultze* matter has filed a Motion to Compel, wherein Plaintiff's counsel cites to a discovery order issued in a *separate* lawsuit, *unrelated* to the subject (7i) cases noted above, but involving the same Defendant and Plaintiff's counsel.  This is certainly an issue the Defendant is seeking to avoid as different Judges may issue differing and conflicting rulings, requiring the Defendant to produce information/documentation in certain instances but not in others which would certainly serve to prejudice the Defendant significantly in the defense of all the cases.  Further, the discovery in each case will have relevancy to all cases.

Accordingly, given the identical nature of the factual allegations presented and legal issues involved, management of the aforementioned cases before a single Judge would result in the most orderly and efficient progression of litigation of the cases and would serve to conserve the resources of the Court and all parties involved. Given that the first action filed (*Robert Schultze v. 2K Clevelander, LLC*, 17-22684-CIV-MORENO) is before Judge Federico A. Moreno, the Defendant respectfully requests that all matters pending be transferred and docketed fore Judge Moreno, and consolidated for discovery purposes.

WHEREFORE the Defendant, 2K CLEVELANDER, LLC hereby requests that this Court transfer the five pending lawsuits, as well as any subsequently filed lawsuits, to the Judge assigned to the lower-numbered action (Judge Federico A. Moreno), and consolidate all matters for discovery purposes, along with any and all other relief deemed just and proper.

**CERTIFICATE OF CONFERENCE PURSUANT TO S.D. FLA. L.R 7.1(a)(3)**

Counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and counsel for the Plaintiff has advised they oppose the relief requested herein.

*[Certificate of Service on Following Page]*

CASE NO.: 1:17-cv-22684-FAM

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December, 2017, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendant*
        Cole, Scott & Kissane Building
        9150 South Dadeland Boulevard, Suite 1400
        P.O. Box 569015
        Miami, Florida 33256
        Telephone (786) 268-6415
        Facsimile (305) 373-2294
        Primary e-mail: cody.german@csklegal.com
        Secondary e-mail: rebecca.anguiano@csklegal.com

By:  s/ Cody German
        JOHN C. GERMAN
        Florida Bar No.: 58654
        REBECCA R. ANGUIANO
        Florida Bar No.: 99690

1011.0026-00/8670099