UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-22684-CIV-MORENO

ROBERT SCHULTZE,

        Plaintiff,

vs.

2K CLEVELANDER, LLC,

        Defendant.

_____/

### ORDER DENYING MOTION TO TRANSFER AND CONSOLIDATE

THIS CAUSE came before the Court upon Defendant's Motion to Transfer and Consolidate (**D.E. 17**), filed on **December 20, 2017**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ____5____ of January 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record